**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**NORTH AMERICAN CLEARING, INC.,**

                **Plaintiff,**

-vs-                                                    **Case No. 6:07-cv-1503-Orl-19KRS**

**BROKERAGE COMPUTER SYSTEMS, INC.,**

                **Defendant.**

_____

**BROKERAGE COMPUTER SYSTEMS, INC.,**

                **Plaintiff,**

-vs-                                                    **Case No. 6:08-cv-1567-Orl-19KRS**

**RICHARD L. GOBLE,**

                **Defendant.**

_____

# ORDER

On October 5, 2009, the Court granted summary judgment for Defendant Richard L. Goble ("Goble") and against Plaintiff Brokerage Computer Systems, Inc. ("BCS") on each of Plaintiff BCS's four claims against Defendant Goble. (Doc. No. 152, filed Oct. 5, 2009.) No claims remain to be litigated in Case No. 6:08-cv-1567-Orl-19KRS. Accordingly, the Clerk of Court is directed to enter judgment in favor of Defendant Goble and against Plaintiff BCS on all four claims against Defendant Goble and to close Case No. 6:08-cv-1567-Orl-19KRS.

Pursuant to the Order entered September 3, 2008, Case No. 6-07:cv-1503-Orl-19KRS remains on the docket of the Court but administratively closed pending resolution of the bankruptcy proceedings concerning North American Clearing, Inc. (Doc. No. 60, filed Sept. 3, 2008.)

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 12, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record