<pre>
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          ORLANDO DIVISION
</pre>

**NORTH AMERICAN CLEARING, INC.,**

**Plaintiff,**

**-vs-**                                                    **Case No. 6:07-cv-1503-Orl-19KRS**

**BROKERAGE COMPUTER SYSTEMS, INC.,**

**Defendant.**

_____

**BROKERAGE COMPUTER SYSTEMS, INC.,**

**Plaintiff,**

**-vs-**                                                    **Case No. 6:08-cv-1567-Orl-19KRS**

**RICHARD L. GOBLE,**

**Defendant.**

_____

# ORDER

The Court consolidated the above-captioned cases on October 24, 2008. (Case No. 6:07-cv-1503-Orl-19KRS, Doc. No. 63.) On November 12, 2009, the Court entered an Order directing the Clerk of Court to enter judgment in favor of Defendant Richard L. Goble and against Plaintiff Brokerage Computer Systems, Inc. on all four claims against Defendant Goble in Case No. 6:08-cv-1567-Orl-19KRS and to close that case. (Case No. 6:07-cv-1503-Orl-19KRS, Doc. No. 159.) The Court also ordered Case No. 6:07-cv-1503-Orl-19KRS to remain on the docket of the Court but administratively closed pending resolution of the bankruptcy proceedings concerning North American Clearing, Inc. (*Id.*)

On February 22, 2010, the Bankruptcy Trustee for North American Clearing, Inc. filed a Status Report advising the Court that: (1) the liquidation of the estate of North American Clearing, Inc. continues to proceed before the United States Bankruptcy Court for the Middle District of Florida, Orlando Division; and (2) all claims between Brokerage Computer Systems, Inc. and the estate of North American Clearing, Inc. have been resolved with the approval of the Bankruptcy Court. (Case No. 6:07-cv-1503-Orl-19KRS, Doc. No. 176.) Accordingly, all claims in Case No. 6:07-cv-1503-Orl-19KRS have been resolved, and this case should be dismissed pursuant to Local Rule 3.08(b).

**Conclusion**

Based on the foregoing, it is **ORDERED** and **ADJUDGED** that Case No. 6:07-cv-1503-Orl-19KRS is hereby **DISMISSED** subject to the right of any party in that case within thirty (30) days from the date of this Order to petition the Court to re-open the action upon good cause shown or to submit a stipulated form of final order or judgment. The Clerk of Court is directed to close this case.

Nothing in this Order affects the validity of the Judgment entered on November 16, 2009, in favor of Richard L. Goble and against Brokerage Computer Systems, Inc. (Case No. 6:08-cv-1567-Orl-19KRS, Doc. No. 48; Case No. 6:07-cv-1503-Orl-19KRS, Doc. No. 162.)

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 2, 2010.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record